**CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE:**

BEFORE: JUDGE ROSS        DATE: JAN 18,2012      TIME:11:30am
CR-02-891 & 07 CR 831

DEFT NAME: **Robert Mack**                              #
        x  present      ___ not present      ___ cust.      X  bail

DEFENSE COUNSEL: **Mildred Whalen**
        x  present      ___ not present      ___ CJA     ___ RET.    x LAS

A.U.S.A.: *Michael Warren*                CLERK: D. LaSalle
REPORTER: *Lisa Schram*                   USPO: G. Carter
INT:    (LANG.-        )

✓   CASE CALLED.    ✓  DEFT(S)_____ APPEAR WITH COUNSEL.
___ DEFT(S)_____ APPEAR WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT(S)_____.
___ FINAL REVOCATION HRG ADJ'D TO _____.

___ FINAL REVOCATION HRG HELD.   ___ HRG CONT'D TO _____.
___ DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
___ GUILTY    ___ NOT GUILTY TO COUNT(S)_____ THE OF VIOLATION.

___ COURT FINDS DEFT   ___ GUILTY   ___ NOT GUILTY.
___ DEFT CONT'D ON PROBATION UNTIL _____.
___ DEFT REINSTATED TO PROBATION. ___ PROBATION REVOKED.
___ JUDGMENT REVOKING TERMS & CONDITIONS OF PROBATION.

___ SENTENCING SET FOR _____.  ___ SENTENCING HELD.
___ EXECUTION OF SENTENCE STAYED TO _____.
___ DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.


SENTENCE TEXT:




OTHER:

*Case adj 2/16/2012 @ 11:00am.*